IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00075-DME-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.   TYRAEL ADAMS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

    The sentencing hearing scheduled for September 20, 2011, at 10:00 a.m. is <u>rescheduled</u> for September 19, 2011, at 3:00 p.m.

    DATED:   July 6, 2011